No. 177. HEATH *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Watson Washburn* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Heffron* and *Robert N. Anderson* for respondent.

No. 178. PECKHAM ET AL. *v.* FAMILY LOAN CO. ET AL. C. A. 5th Cir. Certiorari denied. *Jay E. Darlington* for petitioners. *William Gresham Ward* for Family Loan Co. et al., and *Louis S. Bonsteel* for Seaboard Finance Co., respondents.

No. 181. ATHERHOLT *v.* A. & C. ENGINEERING CO. Supreme Court of Michigan. Certiorari denied. *Max Dean* for petitioner. *Howard D. Cline, Francis J. George* and *Earl J. Cline* for respondent.

No. 185. NATIONAL CANCER HOSPITAL OF AMERICA *v.* WEBSTER, RECEIVER, ET AL. C. A. 2d Cir. Certiorari denied. *Albert Adams* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, and *Samuel A. Hirshowitz* for the State of New York, and *Whitman Knapp* for Webster, respondents.

No. 187. MALOY ET UX. *v.* FIRST FEDERAL SAVINGS & LOAN ASSN. OF WEST PALM BEACH. Supreme Court of Florida. Certiorari denied. Petitioners *pro se. Theodore A. Miller* for respondent.

No. 191. DUNCAN ET UX. *v.* DISTRICT COURT OF APPEAL OF CALIFORNIA, FOURTH APPELLATE DISTRICT, ET AL. Supreme Court of California. Certiorari denied. *Morton Galane* for petitioners. *Henry F. Walker* for Garrett et al., respondents.